■ In the Matter of ALFREIDA B. KENNY, Respondent, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent, and STEVE F. STRAUSS et al., Respondents-Appellants. In the Matter of STEVE F. STRAUSS et al., Appellants, v ALFREIDA B. KENNY et al., Respondents.—Judgment, Supreme Court, New York County (Arthur Blyn, J.), entered on or about August 20, 1985, unanimously affirmed, without costs and without disbursements. Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.

■ In the Matter of NANCY C. GIAGNACOVA et al., Appellants, v CAROL BELLAMY and SYLVIA BLOOM et al., and ORLANDO VELEZ et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Arthur E. Blyn, J.), entered on August 20, 1985, unanimously affirmed, without costs and without disbursements. Concur—Carro, J. P., Fein, Kassal and Ellerin, JJ.

■ In the Matter of JAIME T. GARCIA, Respondent, v ORLANDO VELEZ et al., Respondents, and ROCHELLE LAUER, Objector, Respondent-Appellant.—Judgment, Supreme Court, New York County (Gammerman, J.), entered on August 16, 1985, unanimously affirmed, without costs and without disbursements. Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.